UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**  Criminal Action No. 25-10301-DJC

**SCOTT CUNHA**

## ORDER OF RECUSAL

CASPER, J.

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. section 455.

SO ORDERED.

/s/ Denise J. Casper
Denise J. Casper
U.S. District Judge

Date: July 22, 2025